UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-21405-CIV-UNGARO/O'SULLIVAN

RAMIRO PADILLA, on behalf of
himself and all others similarly situated,

                    Plaintiff,

v.

PREFERRED BUILDING SERVICES,

                    Defendant.

_____/

_____**ORDER**

        THIS MATTER came before the Court on the Plaintiff's Motion to Compel Discovery

Responses **(DE #14, 1/10/07)**.  Rule 7.1(C), Local Rules for the United States District Court for

the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no
> later than ten days after service of the motion as computed in the Federal Rules
> of Civil Procedure.  **Failure to do so may be deemed sufficient cause for
> granting the motion by default**.  (Emphasis supplied).

        Having received no response from the defendant, and a response having been due, it is

        ORDERED AND ADJUDGED, the Plaintiff's Motion to Compel Discovery Responses

**(DE #14, 1/10/07)** is GRANTED.  On or before February 15, 2007, the defendant shall respond

to the plaintiff's discovery requests.

        DONE and ORDERED, in chambers, in Miami, Florida, this 1st day of February, 2007.

                                    _____
                                    JOHN J. O'SULLIVAN
                                    UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Ungaro
All Counsel of Record